DETERMINED IN THE

## THIRD DISTRICT

OF THE

# APPELLATE COURTS OF ILLINOIS

### DURING THE YEAR 1917.

---

Charles E. McClelland, Defendant in Error, v. Charles A. Clayton and George McClelland. Charles A. Clayton, Plaintiff in Error.

### (Not to be reported in full.)

Error to the Circuit Court of Sangamon county; the Hon. JAMES A. CREIGHTON, Judge, presiding. Heard in this court at the April term, 1917. Reversed and remanded. Opinion filed October 11, 1917.

### Statement of the Case.

Action by Charles E. McClelland, plaintiff, against Charles A. Clayton and George McClelland, defendants, as partners. From a judgment in favor of plaintiff against defendants for $62.25, in the Circuit Court after appeal from the justice court, Charles A. Clayton brings error.

S. H. CUMMINS, for plaintiff in error.

WILLIAM J. LAWLER, for defendant in error.

MR. PRESIDING JUSTICE GRAVES delivered the opinion of the court.

## Abstract of the Decision.

1. APPEAL AND ERROR, § 1787*—*when judgment reversed pro forma.* Where defendant in error files no brief or argument, the judgment may, under Rule 27 of the Appellate Court, be reversed pro forma.

2. PARTNERSHIP, § 243*—*when burden of proving joint liability is upon plaintiff.* An affidavit denying joint liability as partners places the burden of proving such liability upon the plaintiff.

3. PARTNERSHIP, § 52*—*when evidence insufficient to show joint liability as partners.* In an action against certain persons as partners, evidence *held* insufficient to sustain the burden of proof as to joint liability of defendants.